186 F.2d 311
 Glenn O. YOUNG
v.
PHILLIPS PETROLEUM COMPANY.
 No. 4195.
 United States Court of Appeals Tenth Circuit.
 Dec. 7, 1950.
 
 Glenn A. Young, Sapulpa, Okl., and Neal E. McNeill, Tulsa, Okl., for appellant.
 Don Emery, Ryaburn L. Foster, Harry D. Turner and William J. Zeman, all of Bartlesville, Okl., for appellee.
 Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed December 7, 1950, on motion of appellant.